UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| W CHAPPELL MUSIC CORP., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 5:23-CV-598-D** |
| LONERIDER BREWING COMPANY, | ) | |
| SUMIT VOHRA, MIHIR PATEL, and | ) | |
| STEVEN KRAMLING, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

Pursuant to the Notice of Acceptance of Offer of Judgment filed in this case on January 23, 2024, and in accordance with Rule 68 of the Federal Rules of Civil Procedure, **IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered against Defendants Lonerider Brewing Company, Sumit Vohra, Mihir Patel, and Steven Kramling, jointly and severally, in the lump sum amount of Eight Thousand Two Hundred Twenty-Nine dollars ($8,229.00) for all damages and costs, including attorneys' fees and interest, accrued at the time this offer is served.

This Judgment filed and entered on August 12, 2024, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

August 12, 2024                                          Peter A. Moore, Jr.
                                                         Clerk of Court



                                                         By: /s/ Stephanie Mann
                                                         Deputy Clerk